United States Courts
Southern District of Texas
ENTERED

JUN 9 2000

Michael N. Milby, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: ]
]
]
SIDNEY L. SHLENKER ] CASE NO. 93-44130-H2-7
]
]
_____ ]

ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, an amount of $2,593.05, constituting unclaimed funds due to BERTHA SEGALL Creditor in the above referenced case, are being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347(a).

IT ALSO APPEARING THAT, Keys Research, Attorney-in-Fact for BERTHA SEGALL has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed for the creditor BERTHA A. SEGALL.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $2,593.05 to the order of the following Attorney-in-Fact:

GAY BLOCK, *Sidney Shlenker, and Gay Shlenker Block*
c/o Keys Research
12946 Kent-Kangley Road Suite #281
Kent WA 98031
(253) 631-8015

Dated: *June 7, 2000*             *Wesley W. Steen*
                                  United States Bankruptcy Judge