Closed 3/21/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
NOV 16 2000
Michael N. Milby, Clerk of Court

U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 93-44130-H2-7 |
| | ) | |
| Sidney L Shlenker, | ) | ORDER FOR PAYMENT |
| | ) | OF UNCLAIMED FUNDS |
| Debtor(s). | ) | |

The Court finds that an amount of $2,251.57 constituting unclaimed funds is due to Fine Host Corporation for reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, under 28 USCS 2042, the Clerk, Southern District of Texas, pay this unclaimed money to the order of:

Fine Host Corporation
c/o Washington Research Trust
PO Box 463
Redmond, WA  98073-0463
Attorney-in-Fact for
Fine Host Corporation

Dated: Nov. 10, 2000

Wesley W. Steen
Bankruptcy Judge
Southern District of Texas

K Cave 11/2/00

134