UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 93-44130
§
§
§
§
Debtor(s). §

Sidney L. Shlenker
**Order for Payment of Unclaimed Funds**

Upon the application of __Regions Bank_____,

seeking payment of $ __$536.49_____ representing funds previously unclaimed by

__Union Planters National Bank__

_____

_____

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Regions Bank_____ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ ____536.49_____ to:

__Regions Bank__
__1901 6th Ave N 20th Floor__
__Birmingham, AL 35203__

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge