

ENTERED
07/28/2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  §     Case No. 93-44130
       §
       §
       §
       §
Debtor(s). §

Sidney L Shlenker

**Order for Payment of Unclaimed Funds**

Upon the application of __Regions Bank__,

seeking payment of $ __$536.49__ representing funds previously unclaimed by

__Union Planters National Bank__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Regions Bank__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __536.49__ to:

         Regions Bank
         1901 6th Ave N 20th Floor
         Birmingham, AL 35203

Signed this ___ day of __July__, __2009__

United States Bankruptcy Judge